In the United States District Court Southern District Court
Southern district Southern District of Mississippi
___SOUTHERN___ Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 19 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

J. T. Blakney

Vs.

Mississippi Regional Housing Authority 8

Case number 1:16cv129 LG-RHW

## COMPLAINT

Comes now Plaintiff J.T. Blakney Pro Se, and for cause of action against the defendant(s) MISSISSIPPI REGIONAL HOUSING AUTHORITY 8 would state:

### JURISDICATION

It's a Federal Regulation by HUD to have accommodations for person with disabilities to be added to MS Regional Housing Authority dwelling lease also it is a federal form optional and supplemental contact information for HUD-assisted housing applicants. That is why this matter is being brought in federal court.

Plaintiff is an adult resident citizen of the county of Harrison state of Mississippi. The defendant MS Regional Housing Authority is an adult resident citizen of the county of Harrison state of Mississippi. (The plaintiffs will need to provide this information for each of the defendants.)

### FACTS

On 7/1/15 to 6/30/16 I signed a Mississippi Housing Authority dwelling lease that had the section for people with disabilities intentionally left blank and then on April 14, 2016 may manager Michelle Trotter and another manager for Mississippi Regional Housing Authority came to my therapist office, Shelley Foreman, 1600 Broad Avenue, Ms, 39501, and tried to get me to sign another lease that doesn't have in it the accommodation for people with disabilities which is HUD regulation that is suppose to be put in the lease. I didn't sign it. And also violated the optional and supplemental contact information for HUD-assisted housing applicants never sending my son letter dated August 3, 2015.

## RELIEF

25 million in punitive damage for violating HUD regulation and 25 million for mental anguish harassment and pain and suffering.

Respectfully submitted this the April day of 19 2016.

*J.T. Blakney*

J.T. Blakney
23 Engram Ct.
Gulfport, MS
39501
228.313.2260