IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**J.T. BLAKNEY**                                                                    **PLAINTIFF**

v.                        **CAUSE NO. 1:16CV129-LG-RHW**

**MISSISSIPPI REGIONAL
HOUSING AUTHORITY 8**                                          **DEFENDANT**

## FINAL JUDGMENT

This matter having come before the Court on the [43] Motion for Summary Judgment filed by Defendant Mississippi Regional Housing Authority VIII, the Court, after a full review and consideration of the Motion and the applicable law, finds that in accordance with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff J.T. Blakney's claims in this action are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of June, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE